**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CHUBBY GORILLA, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:19-cv-00226-JRG-RSP |
| BOTTLE BARONS, LLC D/B/A DROPPERBOTTLES.COM, | § § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Plaintiff Chubby Gorilla, Inc.'s Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 ("Stipulation"). (Dkt. No. 15.) Within the Stipulation, Plaintiff states that it voluntarily dismisses its claims against Defendant Bottle Barons, LLC d/b/a Dropperbottles.com in the above captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (*Id*.) Plaintiff also states that the Parties have agreed to bear their own costs and fees. (*Id*.)

After consideration, the Court **APPROVES** of this Stipulation. It is therefore **ORDERED** that all claims by Plaintiff Chubby Gorilla, Inc. against Defendant Bottle Barons, LLC d/b/a Dropperbottles.com are hereby **DISMISSED**. It is further **ORDERED** that the Parties shall each bear their own costs and fees. The Clerk is directed to close this case as no active defendants remain.

**So ORDERED and SIGNED this 9th day of December, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE